## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| Robert Cox, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 00-2027 D/V** |
| ) | |
| Shelby State Community College, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has conducted a *de novo* review of the record, and there being no exception to the Report and Recommendation filed by the Magistrate Judge on October 27, 2006, the Court finds that the Recommendation is well reasoned.

Accordingly, the Court hereby **adopts** the Report and Recommendation of the Magistrate Judge and awards Cox the amount of $66,078.84 in attorney fees, expenses and costs.

**IT IS SO ORDERED** this 17th day of November, 2006.


                                                s/Bernice Bouie Donald
                                                BERNICE BOUIE DONALD
                                                UNITED STATES DISTRICT COURT JUDGE